# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-00042-01-CR-W-DGK |
| ) | |
| RAYMOND A. CORNEJO, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On February 24, 2021, the Grand Jury returned a one-count Indictment charging Defendant Raymond A. Cornejo with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Stefan Christopher Hughes
        Case Agent: Special Agent Matthew Carpenter, FBI
    Defense: Lesley Diana Smith
        Investigator: Kendra Jackson

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 14 with stipulations; 16 without stipulations
    Defendant: 2 witness, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50 exhibits
    Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2½ days total**
    Government's case including jury selection: 2 day(s)
    Defendant: ½ day(s)

**STIPULATIONS**: The parties have stipulated as to prior felony conviction. The Defendant is still considering interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Proposed Exhibit and Witness lists filed 11/14/23. **Updated list(s) due on or before November 21, 2023.**
        Defendant: None filed. **Due on or before November 21, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 29, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 29, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for December 4, 2022.

    **Please note:** The Government requests the second week based on witness availability.

    **IT IS SO ORDERED**

                                          */s/ Lajuana M. Counts*
                                          LAJUANA M. COUNTS
                                          UNITED STATES MAGISTRATE JUDGE